UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>    Plaintiff,<br><br>  v.<br><br>KAREN DOHERTY, in individual and representative capacity as trustee under the Karen Doherty Living trust dated November 15, 2001; CHEMPARATHY, INC., a California Corporation<br><br>    Defendants. | Case No.: 4 4:21-cv-09808-JSW<br><br>**ORDER REGARDING NOTICE OF SETTLEMENT AND VACATING ALL DEADLINES AS MODIFIED** |

**<u>ORDER</u>**

The Court hereby vacates all currently set dates, with the ~~expectation~~ requirement that the parties will file a Joint Stipulation for Dismissal or joint status report within 60 days.

**IT IS SO ORDERED.**

Dated: March 7, 2022

_____
HONORABLE JEFFREY S. WHITE
United States District Judge

Notice of Settlement           -1-           4:21-cv-09808-JSW