CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
 Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ORLANDO GARCIA,<br>  Plaintiff,<br> v.<br><br>KAREN DOHERTY, in individual and representative capacity as trustee under the Karen Doherty Living trust dated November 15, 2001;<br>CHEMPARATHY, INC., a California Corporation<br>  Defendants. | **Case:** 4:21-cv-09808-JSW<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |
|---|---|

  **PLEASE TAKE NOTICE** that Plaintiff Orlando Garcia, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

  Defendants Karen Doherty, in individual and representative capacity as trustee under the Karen Doherty Living trust dated November 15, 2001 and Chemparathy, Inc., a California Corporation have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: March 29, 2022   CENTER FOR DISABILITY ACCESS

          By: /s/ Amanda Seabock
            Amanda Seabock
            Attorneys for Plaintiff